| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)*        Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Triple-G-Gunite, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA   TRIPLE G GUNITE INC**<br>**DBA   TRIPLE G GUNITE**<br>**DBA   TRIPLE-G-GUNITE**<br>**DBA   TRIPLEGGUNITE** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-3338972** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**9307 Elder Creek Road**<br>**Sacramento, CA 95829**<br>Number, Street, City, State & ZIP Code<br><br>**Sacramento**<br>County | **Mailing address, if different from principal place of business**<br><br>**P.O Box 533**<br>**Rancho Cordova, CA 95741**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.triplegguniteinc.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

| Debtor | **Triple-G-Gunite, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2389__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **Triple-G-Gunite, Inc.**　　　　　　　　　　　Case number (*if known*)
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**　*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 3

| Debtor | **Triple-G-Gunite, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | **Triple-G-Gunite, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 28, 2025**
MM / DD / YYYY

X **/s/ Christopher D. Gunn**       **Christopher D. Gunn**
Signature of authorized representative of debtor      Printed name

Title **Secretary**

**18. Signature of attorney**

X **/s/ Gabriel E. Liberman**      Date **May 28, 2025**
Signature of attorney for debtor      MM / DD / YYYY

**Gabriel E. Liberman**
Printed name

**Law Offices of Gabriel Liberman, APC**
Firm name

**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
Number, Street, City, State & ZIP Code

Contact phone **916-485-1111**      Email address **attorney@4851111.com**

**303010 CA**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5

In re    **Triple-G-Gunite, Inc.**            Case No. _____
Debtor(s)

# FORM 1. VOLUNTARY PETITION
### Attachment A

## RESOLUTION TO FILE CHAPTER 11 BANKRUPTCY
### *of* TRIPLE-G-GUNITE, INC.

WHEREAS, Triple-G-Gunite, Inc., a California corporation (the "Corporation") is insolvent and unable to pay its debts when due, and WHEREAS, the Corporation and its creditors would best be served by reorganization of the Corporation under Chapter 11 of the Bankruptcy Code, be it:

*RESOLVED, that the Corporation file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code.*

The undersigned hereby certifies that they are the designated party per the operating agreement duly formed pursuant to the laws of the state of California and that the foregoing is a true record of a resolution duly adopted at an board meeting and that said meeting was held in accordance with state law and the Corporation's by laws of the above-named Corporation and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have subscribed my name to this document on this 28th day of May in the year 2025.

Signature: /s/ Christopher D. Gunn

Print Name: Christopher D. Gunn

Title: Secretary

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Triple-G-Gunite, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Alliance Funding Group** 17542 17th Street #200 Tustin, CA 92780 | | Surrendered 2018 CIMC FRANC Sand Unit ID #241778 VIN 0386 | Contingent Subject to Setoff | | | $112,481.00 |
| **American Express** P.O. Box 981540 El Paso, TX 79998 | | Credit Card Debt (Unsecured) | | | | $6,693.26 |
| **Ascentium Capital LLC** 23970 HWY 59 N Kingwood, TX 77339 | | Surrendered equipment: 2018 CIMC | Contingent Subject to Setoff | | | $161,551.75 |
| **California Choice Benefits Administrator** 721 South Parker, Suite 140 Orange, CA 92868 | | Unpaid serviced for Health insurance | | | | $6,749.70 |
| **Calportland Company** Attn: An Officer 10655 W. Park Run Dr Suite 275 Las Vegas, NV 89144 | | Materials vendor | | | | $156,891.56 |
| **Dan Paige Sales** Attn: An Officer 7428 18th Street, Rio Linda, CA 95673 | | Materials vendor | | | | $6,540.14 |
| **DMV Renewal** PO Box 942897 Sacramento, CA 94294 | | DMV Fees | | | | $22,314.00 |

Debtor **Triple-G-Gunite, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Efuel LLC dba Ramos Oil Company** **Attn: An Officer** **PO Box 401** **West Sacramento, CA 95691** | | **Materials vendor** | | | | $50,521.15 |
| **Hamni Bank** **Attn: An Officer** **3660 Wilshire Blvd Ste Ph-A** **Los Angeles, CA 90010** | | **Surrendered 2016 Peterbilt Vin 5495** | **Contingent Subject to Setoff** | | | $56,981.00 |
| **Headway Capital, LLC** **Attn: Managing Member** **4700 W Daybreak Pkwy, Suite 200** **CA 94009** | | **Unsecured line of credit** | | | | $66,108.11 |
| **JPMorgan Chase Bank, N.A.** **P.O. Box 15298** **Wilmington, DE 19850** | | **Unsecured** | | | | $6,000.00 |
| **Les Schwab Tires** **Attn: An Officer** **3606 Bradshaw Rd** **Sacramento, CA 95827** | | **Materials vendor** | | | | $4,370.52 |
| **M&M Moible Truck Repair & Services Inc** **Attn: An Officer** **8201 Elder Creek Road** **Sacramento, CA 95829** | | **Materials vendor** | | | | $19,323.76 |
| **Nevada Cement Company** **Attn: An Officer** **1290 W. Main Street** **Fernley, NV 89408** | | **Materials vendor** | | | | $508,328.96 |
| **NORTH MILL CREDIT TRUST** **9 Excecutive Cir, Suite 230,** **Irvine, CA 92614** | | **Surrendered 2016 Peterbilt VIN 1XPBD49X0GD355496** | **Contingent Subject to Setoff** | | | $39,099.00 |

Debtor **Triple-G-Gunite, Inc.**     Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pacific Alloy Casting Co Inc Attn: An Officer 5900 Firestone Blvd South Gate, CA 90280** | | **Materials vendor** | | | | $5,388.00 |
| **Penhall Company Attn: An Officer 8416 Specialty Circle Sacramento, CA 95828** | | **Materials vendor** | | | | $4,571.00 |
| **Southern Tire Mart Attn: An Officer 1401 Richards Blvd, Sacramento, CA 95811** | | **Materials vendor** | | | | $13,596.26 |
| **Triangle Rock Products, LLC Attn: Managing Member Lockbox 55572 Los Angeles, CA 90074** | | **Materials vendor** | | | | $95,008.69 |
| **Unifirst Corporation Attn: An Officer PO Box 650481 Dallas, TX 75265** | | **Materials vendor** | | | | $4,276.05 |

# United States Bankruptcy Court
## Eastern District of California

In re **Triple-G-Gunite, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher Donald Gunn**<br>**6403 Brando Loop**<br>**Fair Oaks, CA 95628** | **Common stock** | **50%** | |
| **Juan Carlos Gomora**<br>**8451 Mariposa Ave**<br>**Citrus Heights, CA 95610** | **Common stock** | **50%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 28, 2025**

Signature **/s/ Christopher D. Gunn**
**Christopher D. Gunn**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

U.S.D.O.J. - Office of the U.S. Trustee
Eastern District of CA / Sacramento
Robert T. Matsui U.S. Courthouse
501 "I" St., 7th Floor, Room 7-500
Sacramento, CA 95814


Triple-G-Gunite, Inc.
P.O Box 533
Rancho Cordova, CA 95741


Air Quality Management District
777 12th Street STE 300
Sacramento, CA 95814


Alliance Funding Group
17542 17th Street #200
Tustin, CA 92780


ALT BANQ INC
20 W 55th Street, PH
New York, NY 10019


American Express
P.O. Box 981540
El Paso, TX 79998


AMUR EQUIPMENT FINANCE, INC.
308 N Locust St
Grand Island, NE 68801-5969


Ascentium Capital LLC
23970 HWY 59 N
Kingwood, TX 77339


Becker
c/o UniFirst Corporation
1 East Broward Blvd Ste 1800
Fort Lauderdale, FL 33301


Berkovitch & Bouskila, PLLC
c/o ALT BANQ, INC.
1545 US 202 Suite 101
Pomona, NY 10970

Berkovitch & Bouskila, PLLC
c/o Black Olive Capital LLC
1545 US 202 Suite 101
Pomona, NY 10970


Black Olive Capital LLC
Attn: Managing Member
1 Blue Hill Plaza, Lobby Level #1509
Pearl River, NY 10965


California Choice Benefits Administrator
721 South Parker, Suite 140
Orange, CA 92868


California Dept of Tax and Fee Admin
PO Box 942879
Sacramento, CA 94279-0055


Calportland Company
Attn: An Officer
10655 W. Park Run Dr Suite 275
Las Vegas, NV 89144


Christopher Donald Gunn
6403 Brando Loop
Fair Oaks, CA 95628


Dan Paige Sales
Attn: An Officer
7428 18th Street,
Rio Linda, CA 95673


DMV Renewal
PO Box 942897
Sacramento, CA 94294


East Hudson Capital, LLC
Attn: Managing Member
27-01 Queens Plaza North, Suite 802
Long Island City, NY 11101


Efuel LLC dba Ramos Oil Co.
c/o John Bilheimer Esq.
PO Box 211
Nevada City, CA 95959

```
Efuel LLC dba Ramos Oil Company
Attn: An Officer
PO Box 401
West Sacramento, CA 95691


Eminent Funding LLC
Attn: Managing Member
369 Lexington Ave
2nd and 3rd Floors
New York, NY 10017


Eminent Funding, LLC
c/o David Fogel, Esq.
1225 Franklin Ave Ste 201
Garden City, NY 11530


Employment Development Department
Bankruptcy Group, MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Ford Motor Credit Company
P.O Box 650575
Dallas, TX 75265


Franchise Tax Board
Bankruptcy Section
P.O. Box 2952 MSA - 340
Sacramento, CA 95812


Gomora LLC
3472 Fairway Drive
Shingle Springs, CA 95682


Hamni Bank
Attn: An Officer
3660 Wilshire Blvd Ste Ph-A
Los Angeles, CA 90010


Hamni Bank
c/o Orion First Financial
5403 Olympia Dr NW #200
Gig Harbor, WA 98335
```

```
Headway Capital, LLC
Attn: Managing Member
4700 W Daybreak Pkwy, Suite 200
CA 94009


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


JPMorgan Chase Bank, N.A.
P.O. Box 15298
Wilmington, DE 19850


JRG Funding LLC
Attn: Managing Member
180 Maiden Lane
New York, NY 10038


JRG Funding, LLC
c/o Joseph S. Jacobs Esq.
290 Central Avenue Ste 109
Lawrence, NY 11559


Juan Carlos Gomora
8451 Mariposa Ave
Citrus Heights, CA 95610


Les Schwab Tires
Attn: An Officer
3606 Bradshaw Rd
Sacramento, CA 95827


M&M Moible Truck Repair & Services Inc
Attn: An Officer
8201 Elder Creek Road
Sacramento, CA 95829


M2 Equipment Finance LLC
175 N Patrick Blvd. Suite 140
Brookfield, WI 53045


Nevada Cement Company
Attn: An Officer
1290 W. Main Street
Fernley, NV 89408
```

Nor-cal Equipment Rentals
Attn: An Officer
9400 Jackson Road
Sacramento, CA 95826


NORTH MILL CREDIT TRUST
9 Excecutive Cir, Suite 230,
Irvine, CA 92614


O'Reily Automotive Inc
Attn: An Officer
PO Box 9464
Springfield, MO 65801


Pacific Alloy Casting Co Inc
Attn: An Officer
5900 Firestone Blvd
South Gate, CA 90280


Penhall Company
Attn: An Officer
8416 Specialty Circle
Sacramento, CA 95828


Samson MCA LLC
Attn: Managing Member
17 State Street, Ste 640
New York, NY 10004


Samson MCA LLC
c/o Jason Gang Esq.
1245 Hewlett Plaza #478
Hewlett, NY 11557


Santander Bank, N.A.
Attn: An Officer
3 Huntington Quadragle Ste 101N
Melville, NY 11747


Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161

Southern Tire Mart  
Attn: An Officer  
1401 Richards Blvd,  
Sacramento, CA 95811

Triangle Rock Products, LLC  
Attn: Managing Member  
Lockbox 55572  
Los Angeles, CA 90074

Triangle Rock Products, LLC  
c/o LAW OFFICE OF JAMES D. LIPSCHULTZ  
3435 Ocean Park Boulevard, Suite 214  
Santa Monica, CA 90405

Triple-G-Gunite Holding Co.  
9196 Elder Creek Road  
Sacramento, CA 95829

Triple-G-Gunite Leasing, LLC  
9196 Elder Creek Road  
Sacramento, CA 95829

Triple-G-Gunite Management Co.  
9196 Elder Creek Road  
Sacramento, CA 95829

Triple-G-Gunite Real Estate, LLC  
9196 Elder Creek Road  
Sacramento, CA 95829

Unifirst Corporation  
Attn: An Officer  
PO Box 650481  
Dallas, TX 75265

United First, LLC  
Attn: Managing member  
3 Columbus Circle, Suite 1730  
New York, NY 10019

Wells Fargo Vendor Fin Services, LLC  
5000 Roverside Dr, Ste 300 East  
Irving, TX 75039-4314

# United States Bankruptcy Court
## Eastern District of California

In re  **Triple-G-Gunite, Inc.**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Triple-G-Gunite, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 28, 2025**
Date

**/s/ Gabriel E. Liberman**
**Gabriel E. Liberman**
Signature of Attorney or Litigant
Counsel for **Triple-G-Gunite, Inc.**
**Law Offices of Gabriel Liberman, APC**
**1545 River Park Drive., STE 530**
**Sacramento, CA 95815**
**916-485-1111 Fax:916-485-1111**
**attorney@4851111.com**